UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-5,

Plaintiff,

-against-

BIBI ALI ET AL.,

Defendants.

**MEMORANDUM AND ORDER**
Case No. 1:25-cv-05055-FB-MMH

**BLOCK, Senior District Judge:**

Magistrate Judge Henry issued a report and recommendation ("R&R") recommending that Plaintiff's motion for default judgment be denied and this action be dismissed without prejudice. The R&R gave the parties 14 days to file objections and warned that "[f]ailure to file objections within the specified time waives the right to judicial review." R&R at 20. It was served on September 15, 2026 via ECF, making objections due on September 29, 2026. *See* Fed. R. Civ. P. 6(d). No objections have been filed.

Where clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will, however, excuse the failure to object and conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R, so the Court adopts it without de novo review. Accordingly, the Clerk shall enter judgment dismissing the Complaint without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

_/S/ Frederic Block___________
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
September 29, 2026